| | |
|---|---|
| CASTILLO, | No. C 09-04679 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF OAKLAND ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 16, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>12/10/10</u>.

DESIGNATION OF EXPERTS: <u>11/12/10</u>; REBUTTAL: <u>11/22/10</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 10, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 17, 2010</u>;

    Opp. Due <u>October 1, 2010</u>;  Reply Due <u>October 8, 2010</u>;

    and set for hearing no later than <u>October 22, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 8, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 22, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate judge for settlement purposes.  The settlement conference shall occur in August 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                                                  _____
                                                                                                              SUSAN ILLSTON
                                                                                                              United States District Judge