MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Raymond Castillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASTILLO, Individually, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF OAKLAND and the )<br>OAKLAND POLICE DEPARTMENT, )<br>public entities, POLICE OFFICER B. )<br>OCAMPO, and DOES 1-10, )<br>individually, )<br>)<br>    Defendants. )  | Case No. C09-04679 SI<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   The updated case management conference in this matter is currently scheduled for April 16, 2010.  Plaintiff's counsel have a scheduling conflict with the current April 16, 2010 date, due to out-of-state travel and new defense counsel has just made an appearance in the case.  All parties, by and through their respective counsel, hereby stipulate and agree to continue the Case Management Conference in this matter to May 14, 2010, at 3:00 p.m., to allow for this transition.  The updated Case Management Conference Statement shall be due May 7, 2010.

///

No. C09-04679 SI:  STIPULATION AND (PROPOSED) ORDER CONTINUING UPDATED CASE MANAGEMENT CONFERENCE  1

Dated:  April 8, 2010           HADDAD & SHERWIN


                        By:      /s/  Julia Sherwin
                                JULIA SHERWIN
                                Attorneys for Plaintiff


DATED:  April 8, 2010
                            RANKIN, SPROAT, MIRES, BEATY
                                 & REYNOLDS, A.P.C.


                        By:      /s/ Geoffrey A. Beaty
                                GEOFFREY A. BEATY
                                Attorneys for Defendants


ORDER

        PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.


DATED:
                                _____
                                Hon. Susan Illston
                                UNITED STATES DISTRICT JUDGE

No. C09-04679 SI:  STIPULATION AND (PROPOSED) ORDER CONTINUING UPDATED CASE MANAGEMENT CONFERENCE                                                                                    2