MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Raymond Castillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASTILLO, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND and the OAKLAND POLICE DEPARTMENT, public entities, POLICE OFFICER B. OCAMPO, and DOES 1-10, individually, <br><br> Defendants. | Case No. C09-04679 SI (JL) <br><br> **STIPULATION AND (PROPOSED) ORDER CONTINUING SETTLEMENT CONFERENCE AND DISPOSITIVE MOTION DEADLINES** |

The settlement conference in this matter is currently scheduled for August 10, 2010, with Magistrate Judge Larson. Due to trial and scheduling conflicts for counsel, as well as scheduling conflicts for Defendant Officer Ocampo, the parties' depositions were just completed July 22 and July 23, 2010, and the parties need to complete a few more witness depositions before they will be able to evaluate this case for settlement purposes.

Plaintiff's medical billing records from Kaiser have not yet been produced despite Plaintiff's request for them. The Kaiser billing records are necessary for Plaintiff to

formulate a settlement demand, and Plaintiff is retaining a record retrieval service that holds itself out as able to obtain the necessary Kaiser records.

Judge Larson has September 17, 2010, available to conduct a settlement conference in this matter, and all parties will have the information they need in order to evaluate this case for settlement purposes by then. At the suggestion of the Court's deputy, the parties agree to continue the dispositive motion filing deadline and attendant hearing date until after the settlement conference, to conserve the time and resources of the parties and the Court.

All parties, by and through their respective counsel, hereby stipulate and agree to continue the Settlement Conference in this matter to September 17, 2010, the dispositive motion filing deadline to October 1, 2010, and the hearing on dispositive motions to November 5, 2010.

///

Dated: April 8, 2010					HADDAD & SHERWIN


						By:   /s/ Julia Sherwin
						      JULIA SHERWIN
						      Attorneys for Plaintiff


DATED: April 8, 2010
						RANKIN, SPROAT, MIRES, BEATY
						& REYNOLDS, A.P.C.



						By: _____
						      GEOFFREY A. BEATY
						      Attorneys for Defendants

No. C09-04679 SI: STIPULATION AND (PROPOSED) ORDER CONTINUING SETTLEMENT CONFERENCE AND MOTION DEADLINES					2

## ORDER

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

The settlement conference shall be continued to September 17, 2010, at a time that is convenient for Magistrate Judge Larson. The parties shall file any dispositive motions by October 1, 2010, and the hearing on dispositive motions shall be November 5, 2010, at 9:00 a.m.

DATED:

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

No. C09-04679 SI: STIPULATION AND (PROPOSED) ORDER CONTINUING SETTLEMENT CONFERENCE AND MOTION DEADLINES

3