Geoffrey A. Beaty, Esq. (Bar No. 84997)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1970 Broadway, Suite 1150
Oakland, CA  94612
Tel: (510) 465-3922 – Fax: (510) 452-3006

[E-FILING MANDATORY]

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT and POLICE OFFICER
BRYANT OCAMPO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASTILLO, Individually | Case Number:  C-09-04679 SI (JL) |
| Plaintiff, | **ORDER EXCUSING POLICE OFFICER B. OCAMPO FROM SETTLEMENT CONFERNCE** |
| vs. | |
| CITY OF OAKLAND and the OAKLAND POLICE DEPARTMENT, public entities, POLICE OFFICER B. OCAMPO, and Does 1-10, individually, | |
| Defendants. | |

Upon application by defendant POLICE OFFICER B. OCAMPO, it is hereby ordered as follows: POLICE OFFICER B. OCAMPO is hereby excused from attending the settlement conference in this action, scheduled for September 17, 2010.  A member of the Oakland Police Department will attend the settlement conference on behalf of OFFICER B. OCAMPO and the CITY OF OAKLAND.

**IT IS SO ORDERED.**

Dated: September  15 , 2010

_____
THE HONORABLE JAMES LARSON
U.S. MAGISTRATE JUDGE