MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Raymond Castillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASTILLO, Individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF OAKLAND and the ) <br> OAKLAND POLICE DEPARTMENT, ) <br> public entities, POLICE OFFICER B. ) <br> OCAMPO, and DOES 1-10, ) <br> individually, ) <br> ) <br> Defendants. ) | Case No. C09-04679 SI (JL) <br><br> **STIPULATION AND (PROPOSED) ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY** |

1 | Due to unforeseen delays in concluding discovery in this case and counsels'
2 | pending trial calendars, all parties, by and through their respective counsel, hereby
3 | stipulate and agree to continue the deadlines for expert disclosures and expert discovery
4 | in this matter as follows:

|  | CURRENT | PROPOSED |
|---|---|---|
| Expert Disclosures: | Nov. 12, 2010 | Dec. 10, 2010 |
| Expert Discovery Close: | Dec. 10, 2010 | Jan. 14, 2011 |

No other dates would be affected by this continuance of expert disclosures and discovery.  The parties hereby request that this Court enter this stipulation as its order.

Dated:  November 2, 2010		HADDAD & SHERWIN


				By: ____/s/  Michael J. Haddad_____
					MICHAEL J. HADDAD
					Attorneys for Plaintiff


DATED:  November 2, 2010
				RANKIN, SPROAT, MIRES, BEATY
				    & REYNOLDS, A.P.C.



				By:___/s/_____
					GEOFFREY A. BEATY
					Attorneys for Defendants

No. C09-04679 SI:  STIPULATION AND (PROPOSED) ORDER
CONTINUING EXPERT DISCLOSURES/DISCOVERY                                              2

**ORDER**

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: _____

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE