MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Raymond Castillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CASTILLO, Individually,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF OAKLAND and the OAKLAND POLICE DEPARTMENT, public entities, POLICE OFFICER B. OCAMPO, and DOES 1-10, individually,<br><br>    Defendants. | Case No. C09-04679 SI (JL)<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING DEADLINE FOR FILING JOINT PRETRIAL STATEMENT AND OTHER TRIAL DOCUMENTS**<br><br>Trial Date: February 22, 2011<br>Time: 8:30 a.m.<br>Courtroom: 10, 19th Floor |

No. C09-04679 SI:  STIPULATION AND (PROPOSED) ORDER CONTINUING DEADLINE FOR FILING JOINT PRETRIAL STATEMENT AND OTHER TRIAL DOCUMENTS    1

All parties, by and through their attorneys, hereby stipulate to continue the deadline for filing the joint pretrial statement and all related trial documents currently due on January 25, 2011, to January 26, 2011.

///

Dated:  January 25, 2011        HADDAD & SHERWIN

                                By: ____/s/ Michael J. Haddad_____
                                    MICHAEL J. HADDAD
                                    Attorneys for Plaintiff

DATED:  January 25, 2011

                                RANKIN, SPROAT, MIRES, BEATY
                                    & REYNOLDS, A.P.C.


                                By: ____/s/ Geoffrey A. Beaty_____
                                    GEOFFREY A. BEATY
                                    Attorneys for Defendants


### **ORDER**

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.


DATED:
                                _____
                                Hon. Susan Illston
                                UNITED STATES DISTRICT JUDGE